THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John H. Locklear,       
Appellant.
 
 
 

Appeal From Marlboro County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2004-UP-112
Submitted December 23, 2003  Filed 
 February 24, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Jay E. Hodge, Jr., of Darlington, for Respondent.
 
 
 

 PER CURIAM:  John H. Locklear 
 was convicted of first-degree burglary and assault and battery with intent to 
 kill.  The circuit court sentenced him to thirty-years imprisonment for first-degree 
 burglary and twenty-years imprisonment for assault and battery with intent to 
 kill, the sentences to run concurrently.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Locklears counsel attached a petition to be relieved.  
 Locklear filed a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Locklears appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.